ACCEPTED
15-25-00073-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 1:12 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/28/2025 1:12:12 PM
CHRISTOPHER A. PRINE
Clerk *Via e-filing*

# KRASIENKO
# LAW FIRM
WWW.MYWACOATTORNEY.COM

May 28, 2025

Clerk of the Court, Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

**RE: Attorney Incorrectly Noted on Case for Appellee; Court of Appeals Number 15-25-00073-CV, Trial Court Case Number 2025-126-6, In the Matter of the Marriage of Mary Elaine Doll and Jay Brock**

To whom it may concern:

I have been listed on the Court of Appeals filings in the 15-25-00073-CV as representing Ms. Mary Elaine Doll. However, I have not been retained on this case by Ms. Doll. I handled Ms. Doll's Motion for New Trial which was denied on May 21, 2025. I am attaching a copy of the Motion for New Trial, which indicates that the attorneys for the Motion for New Trial are released from any further representation. I have not been retained as her attorney for the appeal and I have not filed any appearance in the appeal.

I would respectfully request that the Court remove me as attorney of record for Ms. Mary Elaine Doll. Please let me know if the Court would prefer that I file an agreed motion to withdraw or other motion to make this happen.

Please don't hesitate to reach out with any questions about my request. I am providing a copy of this letter to both Appellant and Appellee.

Sincerely,

*/s/ Lori Krasienko*

Lori Krasienko
Krasienko Law Firm, PLLC
1701 Columbus Avenue
Waco, TX 76708
(254) 537-1047
SBN: 24039002